Send

FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Michelle Lee Orabuena<br><br>Defendant. | Case No.: CR 03-1268-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA for alleged violation(s) of the terms and conditions of his/(her) [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on failure to appear at Ct. hearing; committed drug offense while on prob. in this matter

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on:_____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  2/12/09
18
19                              _____
20                              UNITES STATES MAGISTRATE JUDGE
```